IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Criminal Case No. 12-cr-00272-RBJ-8

UNITED STATES OF AMERICA,

    Plaintiff,

v.

8. JOSE REYES-GONZALES,

    Defendant.

---

**STIPULATION AND ORDER REGARDING
CUSTODY OF EXHIBITS**

---

    IT IS STIPULATED AND ORDERED that, at the conclusion of the hearing, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated, plus sixty days.

    DATED at Denver, Colorado this 23rd day of August 2012.

BY THE COURT:

/s/ R. Brooke Jackson
R. Brooke Jackson, Judge

_____  _____
Attorney for Plaintiff                               Attorney for Defendant