IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00272-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

8.      JOSE REYES-GONZALES,

       Defendant.
_____

**PRELIMINARY ORDER OF FORFEITURE**
**AS TO DEFENDANT JOSE REYES-GONZALES**
_____

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture as to Defendant Jose Reyes-Gonzales. The Court having read said Motion and being fully advised in the premises finds:

On April 9, 2013, the United States and defendant Jose Reyes-Gonzales entered into a Plea Agreement, Cooperation Agreement and Stipulation of Facts, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853, and Rule 32.2(b) of the Federal Rules of Criminal Procedure;

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n);

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant Jose Reyes-Gonzales's interest in the following is forfeited to the United States in accordance with 21 U.S.C. § 853, and Rule 32.2(b) of the Federal Rules of Criminal Procedure:

    a.    1992 Mercedes Benz 400SE, VIN WDBGA42E3NA033442;

    b.    2000 VAN TL Trailer, VIN 4EPAA3726YATA3321; and

    c.    2001 Green Chevrolet Silverado 1500, VIN 1GCEK19TX1E167179;

THAT pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

THAT the United States, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via an official government website for at least thirty (30) consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.

DATED this 17th day of May, 2013.

BY THE COURT:

*[signature: Brooke Jackson]*

R. Brooke Jackson
United States District Judge