IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Criminal Action: | 12-cr-00272-RBJ | Date:  January 16, 2014 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter: | Cathy Bahr/Susana Cahill | Probation:  Ryan Henry |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff**<br><br>v.<br><br>8. JOSE REYES-GONZALES<br>**Defendant(s)** | *Michele R. Korver*<br><br><br><br><br>*Normando R. Pacheco* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**     1:20 p.m.

Appearances of counsel.

Defendant present in custody.

Interpreter sworn.

The government presents argument on sentencing.

Plaintiff's witness, Detective John Browning, called and sworn.

2:08 p.m.     Direct examination of Detective Browning by Ms. Korver.

2:26 p.m.     Cross examination of Detective Browning by Mr. Pacheco.

2:53 p.m.     Redirect examination of Detective Browning by Ms. Korver.

**2:56 p.m.     Court in Recess.**
**3:07 p.m.     Court in session.**
Continued argument by the government on sentencing.

Argument by the defense on sentencing.

**ORDERED:**  [384] Restricted Document – Level 2 is GRANTED.

Court states its findings and conclusions.

**ORDERED:**  [311] OBJECTIONS to the presentence investigation are DENIED, as indicated.

Statement by the court regarding defendant's offense level, criminal history level and sentencing guidelines range as to Counts One and Fourteen of the Indictment.

**ORDERED:**  Defendant shall be **imprisoned** for **147 months** as to Count One and Count Fourteen, each count to run concurrent.

Court RECOMMENDS that defendant receive credit for time served in federal custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant in the state of Colorado.

**ORDERED:**  Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of 5 years.

**ORDERED:**  **Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not illegally possess controlled substances.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall comply with standard conditions recommended by U.S. Sentencing Commission.
- (**X**) Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**  **Special Condition** of Supervised Release that:
- (**X**) If the defendant is deported, he shall not thereafter re-enter the United States illegally.

**ORDERED:**  Defendant shall forfeit $90,800 in cash, the truck, Mercedes, and van previously discussed on the record.

>Defendant shall pay **$100.00** per count to **Crime Victim Fund** (Special Assessment), to be paid immediately.
>
>Upon request by the government, counts three, five through eleven, and count thirteen are **DISMISSED.**
>
>Defendant is **REMANDED** to the custody of the U.S. Marshal to begin serving his sentence.

**Court in recess:**  4:02 p.m.            Hearing concluded.            Total time:      02:31

CLERK'S NOTE:  EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.