IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Criminal Case No. 12-cr-00272-RBJ-8

UNITED STATES OF AMERICA,

v.

Jose Reyes-Gonzales

Defendant.

## ORDER

It has come to my attention that the Court erred in granting defendant's "Motion to Proceed In Forma Pauperis Response to Order of 1/28/2014." Mr. Pacheco served as retained counsel for the defendant through the plea and sentencing. He has not been appointed to represent Mr. Reyes-Gonzales as CJA counsel on appeal.[1] Based on the defendant's affidavit, I stand by my order granting in forma pauperis status so that he need not pay a filing fee. However, to the extent that my order authorized preparation of a transcript of the sentencing hearing at government expense, the order is now vacated. He will have to seek the appointment of counsel from the CJA panel from the appellate court, and if CJA counsel is appointed, that attorney can – if he or she deems a transcript necessary to the appeal – request that the cost be paid via the Criminal Justice Act. That counsel would then file the approved transcript order form. Upon receiving notice of the completion of that process, the reporter will prepare the transcript.

---

[1] As an aside, I note that Mr. Reyes-Gonzales waived his right to appeal, with certain limited exceptions, as part of his plea bargain. Plea Agreement [ECF No. 239] at 5-6.

2

DATED this 12th day of February, 2014.

BY THE COURT:

_____

R. Brooke Jackson
United States District Judge